Osvaldo E. Fumo Esq.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant – EDUARDO WENDLANDT-RAMIREZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-MJ-00251-EJY |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8th Request |
| | ) | |
| EDUARDO WENDLANDT-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between OSVALDO E. FUMO, ESQ., Counsel for Defendant EDUARDO WENDLANDT-RAMIREZ and EDWARD G VERONDA, Assistant United States Attorney, that Preliminary Examination currently scheduled for May 28, 2024 at 4:00 p.m., be vacated and reset to a date and time convenient to the court but no earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.  Counsel has spoken to Defendant and he has no objection to the request for continuance.

2.  Defendant is currently out on pretrial release.

3.  Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4.  Counsel and Government are continuing to explore a pre-indictment plea, and continue to have discussions on a pre-indictment resolution.

5.  Counsel needs additional time to adequately review the case and/or resolve the matter.

6.  Denial of this request for continuance could result in a miscarriage justice.

7.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the 8th request for continuance filed herein.

DATED: May 21, 2024

/s/ Osvaldo E. Fumo Esq.
OSVALDO E. FUMO, ESQ.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
ATTORNEY FOR THE DEFENDANT
EDUARDO WENDLANDT-RAMIREZ

/s/ Edward G. Veronda, Esq.
EDWARD G. VERONDA, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101
ATTORNEY FOR UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-MJ-00251-EJY |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDUARDO WENDLANDT- RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel and Government are continuing to explore a pre-indictment plea, and continue to have discussions on a pre-indictment resolution

5. Counsel needs additional time to adequately review the case and/or resolve the matter.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Preliminary Examination until a date and time convenient to the court.

This is the 8th request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for May 28, 2024, at 4:00 p.m., be continued to the 11th day of July, 2024, at 4:00 p.m. in Courtroom 3D.

DATED this _21st_ day of _____May_____, 2024.

_____
U.S. MAGISTRATE JUDGE